## SAVIO ET AL. *v.* CALIFORNIA.

No. 1399.  Decided June 12, 1967.

*Norman Leonard* for appellants.

*Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## PIERREL *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT.

No. 880, Misc.  Decided June 12, 1967.

Appellant *pro se.*

*Solicitor General Marshall* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.